UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY_____ D.C.

DEC 2 1 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

UNITED STATES OF AMERICA
<u>Plaintiff</u>
vs

Case No:20-<u>6641-MJ-SNOW</u>

<u>SHANTERIA BARNES</u>
<u>Defendant</u>

**O R D E R**

THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a SEALED COMPLAINT filed in the Southern District of Florida.

UPON ORAL motion of the government in open court that the SEALED COMPLAINT be unsealed as to all the defendants, it is hereby ORDERED AND ADJUDGED that the Sealed Complaint be unsealed as to all parties in this case.

DONE AND ORDERED at Fort Lauderdale, Florida this 21st day of December, 2020.

_____
JARED M. STRAUSS
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record