UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**

U.S. MAGISTRATE JUDGE JARED M. STRAUSS- FORT LAUDERDALE, FLORIDA (VIA ZOOM)

| | |
|---|---|
| DEFT: SHANTERIA BARNES (J)#23124-509 | CASE NO: 20-6641-SNOW |
| AUSA: J. OBENAUF STANDING IN FOR B. LATTA | ATTY: JUAN MICHELEN STANDING IN FOR TIM DAY |
| USPO: | VIOL: 18:U.S.C. § 1591 |
| PROCEEDING: PRELIMINARY EXAMINATION AND PRETRIAL DETENTION HEARING | RECOMMENDED BOND: |
| BOND/PTD HEARING HELD - yes / no | COUNSEL APPOINTED: |
| BOND SET @: | To be cosigned by: |

- ❑ All standard conditions
- ❑ Do not encumber property.
- ❑ Surrender and / or do not obtain passports / travel documents.
- ❑ Rpt to PTS as directed / or_ x's a week/month by phone; _ x's a week/month in person.
- ❑ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ❑ Maintain or seek full - time employment.
- ❑ No contact with victims / witnesses.
- ❑ No firearms.
- ❑ Electronic Monitoring:
- ❑ Travel extended to:
- ❑ Other:

DEFENDANT CONSENTS TO APPEAR BY VIDEO CONF FROM U.S. MARSHALS LOCK-UP.

GOVERNMENT PROCEED BY WAY OF PROFFER

SWORN/TEST GOVERNMENT'S WITNESS FBI AGENT ALEX LOFF. ADOPTING PROFFER AS HIS DIRECT TESTIMONY FOR CROSS-EXAMINATION.

CROSS-EXAMINED BY DEFENSE COUNSEL.

COURT TAKES JUDICIAL NOTICE.

COURT FINDS THERE IS PROBABLE CAUSE

COURT ORDERS DEFENDANT DETAINED PENDING TRIAL

REMANDED TO CUSTODY OF U.S. MARSHALS. WRITTEN ORDER TO FOLLOW. SDO WILL BE ENTER AS WELL.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| **ARRAIGN** OR REMOVAL: | FEBRUARY 22 2021 AT 11 AM DUTY MAG | | | |
| **PRELIM/EXAM HRG** | | | | |

12/30/20   TIME: 11:00 AM   FTL/TAPE/# JMS-   Begin DAR:

[1 HOUR AND 50 MINUTES] *** RECORDED BY ZOOM 310 JUDGE HUNT'S COURTROOM**
***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT *** (YES OR NO) DAR:11:09:14-12:37:36/12:49:55-13:05:50