FILED by JA D.C.

Jan 28, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 21-60039-CR-SINGHAL/SNOW

CASE NO. _____

18 U.S.C. § 1591
18 U.S.C. § 1594(d) & (e)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

vs.

SHANTERIA BARNES,

        Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Sex Trafficking of a Minor
### (18 U.S.C. § 1591)

From in or around July 2020, through on or about August 14, 2020, in Broward County, in the Southern District of Florida, the defendant,

**SHANTERIA BARNES,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, maintain, and solicit by any means a person, that is, MINOR VICTIM 1, knowing, in reckless disregard of the fact, and having had a reasonable opportunity to observe MINOR VICTIM 1, that MINOR VICTIM 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), (c), and 2.

Pursuant to Title 18, United States Code, Section 1591(b)(1), it is further alleged that MINOR VICTIM 1 had not attained the age of 14 years at the time of such offense.

## COUNT 2
### Sex Trafficking of a Minor
### (18 U.S.C. § 1591)

From in or around July 2020, through on or about August 14, 2020, in Broward County, in the Southern District of Florida, the defendant,

**SHANTERIA BARNES,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, maintain, and solicit by any means a person, that is, MINOR VICTIM 2, knowing, in reckless disregard of the fact, and having had a reasonable opportunity to observe MINOR VICTIM 2, that MINOR VICTIM 2 had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and (c).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **SHANTERIA BARNES**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1591, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 1594(d) & (e)(1), the following:

   a. Any property, real or personal, used or intended to be used to commit or to facilitate the commission of such violation; and

b.  Any property, real or personal, which constitutes or is derived from proceeds traceable to such violation.

All pursuant to Title 18, United States Code, Section 1594(d) & (e) and the procedures set forth at Title 21, United States Code, Section 853, as made applicable here by Title 28, United States Code, Sections 2253(b) and 2461(c).

A TRUE BILL

FOREPERSON

*[signature]*
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

*[signature]* Francis Viamontes (for)
BROOKE ELISE LATTA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | |
| _____/ | **CERTIFICATE OF TRIAL ATTORNEY*** |
| | **Superseding Case Information:** |

**Court Division**: (Select One)
- ___ Miami ___ Key West
- ___ FTL ___ WPB ___ FTP

| | Yes | No |
|---|---|---|
| New defendant(s) | ___ | ___ |
| Number of new defendants | ___ | |
| Total number of counts | ___ | |

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   _____
   List language and/or dialect   _____

4. This case will take _____ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                  (Check only one)

   | I   | 0 to 5 days       | ___ | Petty    | ___ |
   | II  | 6 to 10 days      | ___ | Minor    | ___ |
   | III | 11 to 20 days     | ___ | Misdem.  | ___ |
   | IV  | 21 to 60 days     | ___ | Felony   | ___ |
   | V   | 61 days and over  | ___ |          |     |

6. Has this case previously been filed in this District Court?   (Yes or No)   _____
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _____
   If yes: Magistrate Case No.   _____
   Related miscellaneous numbers:   _____
   Defendant(s) in federal custody as of   _____
   Defendant(s) in state custody as of   _____
   Rule 20 from the District of   _____

   Is this a potential death penalty case? (Yes or No)   _____

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ____   No ____

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ____   No ____

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ____   No ____

_____
[signature]

*Penalty Sheet(s) attached

REV 6/5/2020

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant's Name:     SHANTERIA BARNES

Count #: 1

Sex Trafficking of a Minor

Title 18, United States Code, Section 1591(a)(1), (b)(1) and (c)

**\*Min./Max. Penalty:** Statutory Maximum of Life Imprisonment with a 15-Year Minimum Mandatory Sentence; Minimum of 5 Years' Supervised Release up to Life; Maximum Fine of $250,000.

Count #: 2

Sex Trafficking of a Minor

Title 18, United States Code, Section 1591(a)(1), (b)(2) and (c)

**\*Min./Max. Penalty:** Statutory Maximum of Life Imprisonment with a 10-Year Minimum Mandatory Sentence; Minimum of 5 Years' Supervised Release up to Life; Maximum Fine of $250,000.

**\*Refers only to possible term of incarceration, does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**