UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60039-SINGHAL

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHANTERIA BARNES,

    Defendant.
_____/

## MOTION TO TERMINATE APPOINTMENT AND APPOINT SUBSTITUTE COUNSEL DUE TO CONFLICT OF INTEREST

The Office of the Federal Public Defender for the Southern District of Florida moves to terminate the appointment as counsel of record for defendant Shanteria Barnes, and further requests that the Court appoint CJA counsel due to a conflict of interest. In support of this motion, undersigned counsel represents the following:

1. Ms. Barnes is charged by indictment with sex trafficking minors in violation of 18 U.S.C. § 1591 (DE 16).

2. The Court appointed the Office of the Federal Public Defender to represent Ms. Barnes on December 21, 2020 (DE 6) and undersigned counsel was assigned the matter (DE 7).

3. During the course of investigating the case the undersigned has determined that the interests of Ms. Barnes are in direct conflict with the interests of another individual previously represented by the Office of the Federal Public

Defender. Due to the nature of the conflict, undersigned counsel seeks to withdraw from further representation of Ms. Barnes and requests that the Court appoint CJA counsel to represent Ms. Barnes.

WHEREFORE, undersigned counsel requests that the Court terminate the appointment of the Office of the Federal Public Defender as counsel for defendant Shanteria Barnes and appoint CJA counsel to represent Ms. Barnes in this matter.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By: s/Timothy Day
Timothy Day
Assistant Federal Public Defender
Florida Bar No. 360325
One E. Broward Boulevard, Suite 1100
Ft. Lauderdale, FL 33301-1842
(954) 356-7436
Timothy_Day@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on March 11, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

           By: *s/ Timothy Day*
              Timothy Day