UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                CASE NO. 21-60039-CR-SINGHAL

SHANTERIA BARNES,

    Defendant.

_____/

**UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL**

    COMES NOW, the Defendant, SHANTERIA BARNES, by and through her undersigned counsel, and files this Unopposed Motion for Continuance of Trial and in support states the following:

    1.  The Defendant's trial is presently scheduled for the two-week trial period commencing July 6, 2021. Calendar Call is set for June 30, 2021.

    2.  Defendant was indicted on February 22, 2021 and charged with two counts of sex trafficking of a minor in violation of 18 U.S.C. section 1591. (ECF No. 16) One count carries a mandatory minimum of 15 years imprisonment and the other a 10 year mandatory minimum. The advisory Sentencing Guidelines are in the range of 30 years to life. Defendant was initially represented by the Federal Public Defender's Office. However, on March 17, 2021, the Federal Public Defender's Office was released from any further representation due to a conflict of interest and undersigned counsel was appointed as CJA counsel. (ECF No. 24)

3. The Government's Discovery consists of a significant amount of paperwork of social media, phone and/or text data, etc.

4. Defendant and her counsel have commenced reviewing the Discovery and have not been able to complete doing so. Additionally, the undersigned counsel will need additional time to obtain Defendant's medical records and disability records from Broward Health Imperial Point Hospital and the Social Security Administration. A continuance of at least 60 days is requested.

5. Defendant's counsel will not be prepared during the trial period commencing July 6, 2021.

## LOCAL RULE 88.9 CERTIFICATION OF COMPLIANCE

6. Counsel has spoken with Brooke Latta, Assistant United States Attorney, who has no opposition to this motion being granted.

7. The Defendant needs additional time to adequately prepare this case for trial or plea resolution. The parties are engaged in plea negotiations. A continuance of at least 60 days is sought.

8. This motion is made in good faith and not for purposes of delay.

9. That the interest of justice is served by the granting of a continuance to allow counsel for the Defendant the reasonable time necessary for effective preparation for trial and thus this outweighs any interest of the public or the Defendant in a speedy trial.

10.     That the period of delay would be excludable time under the Speedy Trial Act. 18 United States Code, Section 3161 (h)(7)(A).

WHEREFORE, the Defendant, SHANTERIA BARNES, moves this Court to grant this unopposed motion for continuance of trial.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF, this 26th day of May, 2021.

Respectfully submitted,

MANUEL GONZALEZ, JR., ESQ.
121 Alhambra Plaza
Suite 1500
Coral Gables, Florida 33134
(305) 444-1400
(305) 938-5009 (Fax)
Mannylaw7@yahoo.com (e-mail)

BY: s/Manuel Gonzalez, Jr.
    MANUEL GONZALEZ, JR., ESQ.
    FLORIDA BAR NO. 397997