FILED BY _KIARA SNI_ D.C.

**Jul 6, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-CR-60039-AHS(s)
### 18 U.S.C. § 1591
### 18 U.S.C. § 1594(c)
### 18 U.S.C. § 1594(d) & (e)

UNITED STATES OF AMERICA

vs.

SHANTERIA BARNES and
CLEON KIRLEW,

           Defendants.
_____/

### SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Commit Sex Trafficking
### (18 U.S.C. § 1594(c))

From in or around July 2020, through in or around August 2020, in Broward County, in

the Southern District of Florida, the defendants,

### SHANTERIA BARNES and
### CLEON KIRLEW,

did knowingly and willfully combine, conspire, confederate, and agree with each other to

knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport,

provide, obtain, maintain, patronize, and solicit by any means a person, that is, MINOR VICTIM

1, knowing, in reckless disregard of the fact, and having had a reasonable opportunity to observe

MINOR VICTIM 1, that MINOR VICTIM 1 had not attained the age of 18 years and would be

caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), and (c), all in violation of Title 18, United States Code, Section 1594(c).

## COUNT 2
### Sex Trafficking of a Minor
### (18 U.S.C. § 1591)

From in or around July 2020, through in or around August 2020, in Broward County, in the Southern District of Florida, the defendants,

### SHANTERIA BARNES and
### CLEON KIRLEW,

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit by any means a person, that is, MINOR VICTIM 1, knowing, in reckless disregard of the fact, and having had a reasonable opportunity to observe MINOR VICTIM 1, that MINOR VICTIM 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), (c), and 2.

Pursuant to Title 18, United States Code, Section 1591(b)(1), it is further alleged that MINOR VICTIM 1 had not attained the age of 14 years at the time of such offense.

## COUNT 3
### Sex Trafficking of a Minor
### (18 U.S.C. § 1591)

From in or around July 2020, through in or around August 2020, in Broward County, in the Southern District of Florida, the defendant,

### SHANTERIA BARNES,

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, MINOR VICTIM 2, knowing, in

reckless disregard of the fact, and having had a reasonable opportunity to observe MINOR VICTIM 2, that MINOR VICTIM 2 had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and (c).

## **FORFEITURE ALLEGATIONS**

1.      The allegations of this Superseding Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **SHANTERIA BARNES** and **CLEON KIRLEW**, have an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Sections 1591 and 1594(c), as alleged in this Superseding Indictment, the defendants shall forfeit to the United States of America, any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property, and any property, real or personal, constituting or derived from, any proceeds that the defendant obtained, directly or directly, as a result of such violation, or any property traceable to such property, pursuant to Title 18, United States Code, Section 1594(d) and (e)(1).

3

All pursuant to Title 18, United States Code, Section 1594(d) and (e) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

                                                A TRUE BILL

                                                _____
                                                FOREPERSON


_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
BROOKE ELISE LATTA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO._____

v.

SHANTERIA BARNES and
CLEON KIRLEW,

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

_____ Defendants/

**Court Division:** (Select One)

New defendant(s)  ☐ Yes   ☐ No

☐ Miami  ☐ Key West  ☑ FTL
☐ WPB  ☐ FTP

Number of new defendants  _____
Total number of counts  _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act,

    Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No** _____

    List language and/or dialect _____

4. This case will take __7__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

    (Check only one)

    | | | | | | |
    |---|---|---|---|---|---|
    | I | 0 to 5 days | ☐ | Petty | | ☐ |
    | II | 6 to 10 days | ☑ | Minor | | ☐ |
    | III | 11 to 20 days | ☐ | Misdemeanor | | ☐ |
    | IV | 21 to 60 days | ☐ | Felony | | ☑ |
    | V | 61 days and over | ☐ | | | |

6. Has this case previously been filed in this District Court? (Yes or No) **No** _____

    If yes: Judge _____ Case No. _____
    (Attach copy of dispositive order)

    Has a complaint been filed in this matter? (Yes or No) **Yes** _____

    If yes: Magistrate Case No.  21-MJ-06270-SNOW (Kirlew); 20-MJ-06641-SNOW (Barnes)

    Related miscellaneous numbers: _____

    Defendant(s) in federal custody as of  4/30/2021 (Kirlew); 12/18/2020 (Barnes)

    Defendant(s) in state custody as of _____

    Rule 20 from the District of _____

    Is this a potential death penalty case? (Yes or No) **No** _____

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No** _____

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No** _____

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No** _____

_____
BROOKE ELISE LATTA
Assistant United States Attorney
FLA Bar No.      105315

\*Penalty Sheet(s) attached

REV 3/19/21

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:   SHANTERIA BARNES**

**Case No:   21-CR-60039-SINGHAL(s)**

Count #: 1

Conspiracy to Commit Sex Trafficking of a Minor

Title 18, United States Code, Section 1594(c)

**\*Min./Max. Penalty:** Statutory Maximum of Life Imprisonment; Minimum of 5 Years' Supervised Release up to Life; Maximum Fine of $250,000.

Count #: 2

Sex Trafficking of a Minor

Title 18, United States Code, Section 1591(a)(1), (b)(1), and (c)

**\*Min./Max. Penalty:** Statutory Maximum of Life Imprisonment with a 15-Year Minimum Mandatory Sentence; Minimum of 5 Years' Supervised Release up to Life; Maximum Fine of $250,000.

Count #: 3

Sex Trafficking of a Minor

Title 18, United States Code, Section 1591(a)(1), (b)(2), and (c)

**\*Min./Max. Penalty:** Statutory Maximum of Life Imprisonment with a 10-Year Minimum Mandatory Sentence; Minimum of 5 Years' Supervised Release up to Life; Maximum Fine of $250,000.

**\*Refers only to possible term of incarceration, does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:   CLEON KIRLEW**

**Case No:   21-CR-60039-SINGHAL(s)**

Count #: 1

Conspiracy to Commit Sex Trafficking of a Minor

Title 18, United States Code, Section 1594(c)

**\*Min./Max. Penalty:** Statutory Maximum of Life Imprisonment; Minimum of 5 Years' Supervised Release up to Life; Maximum Fine of $250,000.

Count #: 2

Sex Trafficking of a Minor

Title 18, United States Code, Section 1591(a)(1), (b)(1), and (c)

**\*Min./Max. Penalty:** Statutory Maximum of Life Imprisonment with a 15-Year Minimum Mandatory Sentence; Minimum of 5 Years' Supervised Release up to Life; Maximum Fine of $250,000.

**\*Refers only to possible term of incarceration, does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**