UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            CASE NO. 21-60039-CR-SINGHAL(s)

SHANTERIA BARNES,

    Defendant.

_____/

## UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL

COMES NOW, the Defendant, SHANTERIA BARNES, by and through her undersigned counsel, and files this Unopposed Motion for Continuance of Trial and in support states the following:

1. The Defendant's trial is presently scheduled for the two-week trial period commencing August 16, 2021. Calendar Call is set for Wednesday, August 11, 2021. The deadline for the scheduling of guilty pleas is July 28, 2021. (ECF No. 28)

2. Defendant was indicted on February 22, 2021 and charged with two counts of sex trafficking of a minor in violation of 18 U.S.C. section 1591. (ECF No. 16) On July 6, 2021, a Superseding Indictment was filed adding one count of conspiracy to commit sex trafficking in violation of 18 U.S.C. section 1594(c) and adding co-Defendant, Cleon Kirlew. (ECF No. 29) Count 2 carries a mandatory minimum of 15 years imprisonment and Count 3 a 10 year mandatory minimum. The advisory Sentencing Guidelines are in the range of 30 years to life. Arraignment on the Superseding Indictment took place on July 12, 2021. (ECF No. 31)

3. The Government's Discovery consists of a significant amount of paperwork of social media, phone and/or text data, etc. In addition, the undersigned has obtained 150 pages of Defendant's medical records from Broward Health Imperial Point Hospital and is awaiting Ms. Barnes disability records from the Social Security Administration.

4. On July 23, 2021, the Defendant, through counsel, filed a Motion/Application for Funds for Mental Health Expert requesting CJA funds in order to retain the services of Sheila K. Rapa, PsyD, PA, ATSAF, Clinical and Forensic Psychologist, an expert in the area of adult sex offending. This is necessary to address the mental health issues of Ms. Barnes. Dr. Rapa would perform a comprehensive psychosexual/psychological evaluation to assess for any psychiatric diagnosis, trauma history, substance abuse, risk of reoffending, and any treatment recommendations. (ECF No. 32) This motion is pending.

5. Defendant's counsel will not be prepared during the trial period commencing August 16, 2021. A continuance of at least 60 days is requested.

## **LOCAL RULE 88.9 CERTIFICATION OF COMPLIANCE**

6. Counsel has spoken with Brooke Latta, Assistant United States Attorney, who has no opposition to this motion being granted. Carter T. Hillstrom, counsel for co-Defendant, Cleon Kirlew, does not oppose this motion.

7. The Defendant needs additional time to adequately prepare this case for an anticipated change of plea resolution. The parties are engaged in plea negotiations and working towards such a resolution. A continuance of at least 60 days is sought.

8. This motion is made in good faith and not for purposes of delay.

9. That the interest of justice is served by the granting of a continuance to allow counsel for the Defendant the reasonable time necessary for effective preparation for trial and thus this outweighs any interest of the public or the Defendant in a speedy trial.

10. That the period of delay would be excludable time under the Speedy Trial Act. 18 United States Code, Section 3161 (h)(7)(A).

WHEREFORE, the Defendant, SHANTERIA BARNES, moves this Court to grant this unopposed motion for continuance of trial.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF, this 28th day of July, 2021.

Respectfully submitted,

MANUEL GONZALEZ, JR., ESQ.
121 Alhambra Plaza
Suite 1500
Coral Gables, Florida 33134
(305) 444-1400
(305) 938-5009 (Fax)
Mannylaw7@yahoo.com (e-mail)

BY: s/Manuel Gonzalez, Jr.
    MANUEL GONZALEZ, JR., ESQ.
    FLORIDA BAR NO. 397997