UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                     CASE NO. 21-60039-CR-SINGHAL

SHANTERIA BARNES,

    Defendant.

_____/

**ORDER GRANTING CONTINUANCE OF TRIAL**

    **THIS CAUSE** came before the Court on the Defendant, SHANTERIA BARNES,' Unopposed Motion for Continuance of Trial. After due consideration, it

    **ORDERED AND ADJUDGED** that this case is hereby continued to the two-week trial calendar commencing _____ at 9:00 a.m. or as soon thereafter as the case may be called. Counsel shall report to a Calendar Call to be held on Wednesday, _____, at 9:00 a.m. It being further

    **ORDERED** that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161 (h)(7)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

    **DONE AND ORDERED** this _____ day of _____ 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:  Counsel of Record.