UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,
VS.                                     CASE NO. 21-60039-CR-SINGHAL(s)

SHANTERIA BARNES,

    Defendant.
_____/

## DEFENDANT SHANTERIA BARNES' SPEEDY TRIAL REPORT

"Pursuant to Local Rule 88.5, the Defendant respectfully submits this Speedy Trial Status Report.

"Defendant was arrested/taken into federal custody on December 18, 2020, and had her Initial Appearance on December 21, 2020. [ECF No. 6]. On December 30, 2020, a pretrial detention hearing was held and Defendant was ordered to be detained pending trial. [ECF No. 9] Defendant Barnes was indicted on January 28, 2021. [ECF No. 16]. On February 22, 2021, the Defendant was arraigned [ECF No. 20]. On March 2, 2021, an Order Setting Trial scheduled trial to commence within the two-week trial period commencing on May 10, 2021. [ECF No. 21] On April 13, 2021, the Court entered an Order Resetting Trial until July 6, 2021. [ECF No. 25] On May 26, 2021, the Defendant filed an Unopposed Motion to Continue Trial. [ECF No. 26] On June 15, 2021, the Court entered an Amended Order Granting continuance of trial until the two-week period commencing August 16, 2021. [ECF No. 28] On July 6, 2021, a Superseding Indictment

was filed. [ECF No. 29] Arraignment, on the Superseding Indictment, was on July 12, 2021. [ECF No. 31]. On July 23, 2021, the Defendant filed a Motion/Application for Funds for Mental Health Expert. [ECF No. 32] This motion is pending. On July 28, 2021, the Defendant filed an Unopposed Motion for Continuance of Trial.  [ECF No. 34]. This motion is pending."

Due to the Coronavirus Virus Public Emergency, eleven (11) Administrative Orders have been entered commencing on March 13, 2020 (i.e., Administrative Order 2020-18) and the latest one on July 8, 2021 (i.e., Administrative Order 2021-65). The Administrative Orders have excluded the time period of any continuances under the Speedy Trial Act, 18 U.S.C. section 3161(h)(7)(A), finding that the ends of justice served by taking that action outweigh the interests of the parties and the public in a speedy trial. The period of exclusion began on March 16, 2020 and is now extended until September 6, 2021.

Thus, based on the above, for Speedy Trial purposes, zero 0 days have accrued.

The undersigned has conferred with Brooke Latta, Assistant United States Attorney, who agrees that because of the tolling of the Speedy Trial there are no speedy trial issues as it relates to the Defendant, Shanteria Barnes.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF, this 28th day of July, 2021.

Respectfully submitted,

MANUEL GONZALEZ, JR., ESQ.
121 Alhambra Plaza
Suite 1500
Coral Gables, Florida 33134
(305) 444-1400
(305) 938-5009 (fax)
Mannylaw7@yahoo.com (email)


BY: s/Manuel Gonzalez, Jr.
    MANUEL GONZALEZ, JR., ESQ.
    FLORIDA BAR NO. 397997