## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

       Plaintiff,                     CASE NO. 21-60039-CR-SINGHAL(s)

vs.

SHANTERIA BARNES,

       Defendant.

_____/

### CONSENT TO APPEAR BY VIDEO OR AUDIO TELECONFERENCE

Pursuant to the CARES Act, H.R. 748, the Court's Standing Order \*\*\*\*, and Rule 5(f), Rule 43(c)(1)(B) of the Federal Rules of Criminal Procedure, the Defendant hereby acknowledges that Defendant understands the nature of the offenses charged, and that Defendant understands Defendant's right to appear in person for the change of plea and sentencing proceedings. Acknowledging such, the Defendant hereby knowingly and voluntarily waives Defendant's right to appear in person and hereby consents to appearance by use of video teleconferencing, or by audio teleconferencing if video teleconference is not reasonably available, for the following:

- Felony pleas under Rule 11 of the Federal Rules of Criminal Procedure and felony sentencings under Rule 32 of the Federal Rules of Criminal Procedure upon a finding by the presiding district judge that the plea or sentencing cannot be further delayed without serious harm to the interests of justice.

/s/Shanteria Barnes                          /s/ Manuel Gonzalez, Jr., Esq.

Shanteria Barnes                              Manuel Gonzalez, Jr.

Defendant [1]                                 Defendant's Attorney

---

[1] Due to the COVID-19 pandemic, conformed signatures by permission will be accepted. If signed by permission, defense counsel represents that defendant gave express permission to apply his or her signature.

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF, this 24th day of September, 2021.

                                   Respectfully submitted,

                                   MANUEL GONZALEZ, JR., ESQ.
                                   121 Alhambra Plaza
                                   Suite 1500
                                   Coral Gables, Florida 33134
                                   (305) 444-1400
                                   (305) 938-5009 (FAX)
                                   mannylaw7@yahoo.com

                                 BY: _/s/Manuel Gonzalez, Jr._____
                                      MANUEL GONZALEZ, JR., ESQ.
                                      FLORIDA BAR NO. 397997