UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-CR-60039-AHS

**UNITED STATES OF AMERICA**

vs.

**SHANTERIA BARNES,**

    **Defendant.**

_____/

## JOINT MOTION TO CONTINUE DEFENDANT'S SENTENCING HEARING

The United States of America, by and through undersigned Assistant United States Attorney, hereby files this Joint Motion to Continue Sentencing Hearing, and respectfully moves this Court for an Order continuing the Sentencing Hearing, in the above-referenced matter.

1. On July 6, 2021, the Defendant was charged by way of a Superseding Indictment with one count of conspiracy to commit sex trafficking of a minor, in violation of 18 U.S.C. § 1594(c), and two counts of sex trafficking of a minor, in violation of 18 U.S.C. § 1591 (Count 2) (DE:29).

2. On October 5, 2021, the Defendant pled guilty to conspiracy to commit sex trafficking of a minor, and one count of sex trafficking of a minor (DE:46).

3. The Defendant's sentencing hearing is currently scheduled for December 15, 2021 (DE:50).

4. The Defendant's co-defendant, Cleon Kirlew, is currently scheduled for trial on January 18, 2022 (DE:53).

5. The parties respectfully request that the Court continue the Defendant's sentencing hearing to February 2022. The government expects that the Defendant will testify against co-

defendant Kirlew. Since co-defendant Kirlew's scheduled trial date is January 18, 2021, and it is anticipated that the trial will last approximately one (1) week, counsel for the Defendant and the government would prefer to delay the Defendant's sentencing until after she testifies.

                                                   Respectfully submitted,

                                                   JUAN ANTONIO GONZALEZ
                                                 UNITED STATES ATTORNEY

BY:    */S/ Brooke Elise LAtta*
         BROOKE ELISE LATTA
         Assistant United States Attorney
         Florida Bar No. 105315
         500 East Broward Blvd., Suite 700
         Fort Lauderdale, Florida 33394

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.

                                               */S/ Brooke Elise Latta*
                                               BROOKE ELISE LATTA
                                               Assistant United States Attorney