3017 N.W. 2nd St.
Pompano Beach, FL 33069
December 1, 2021

Seventeenth Judicial Circuit of Florida
201 Southeast Sixth Street
Fort Lauderdale, Florida 33301

**RE: prosecution of Shanteria Barnes**

To Whom It May Concern:

Thank you for your willingness to consider my entreaty regarding the ongoing prosecution of Shanteria Barnes.

I wish to state, first and foremost, that Ms. Barnes is the gentlest person and an outstanding parent. Though she was born as a "cocaine baby" and therefore suffered from various developmental handicaps—attested to by the fact that she was authorized for disability in near record time—she is a sweet and understanding individual who is widely and deeply loved by her family.

Ms. Barnes is being prosecuted for some nefarious deed involving sexual trafficking. May I categorically state that she lacks the intellectual sophistication even to understand the merest implications of such a charge. The notion that she is guilty by reason of any action that she undertook, whether voluntarily or somehow compensatorily, is patently ridiculous.

I have frank difficulty understanding how the state can proceed against her in this action in light of the above-captioned facts. Please redouble your efforts profoundly to understand what circumstances may have arisen, why she likely was not responsible for their occurrence, and how she can be dealt with in a manner that demonstrates the compassion and wisdom of which this honorable court is widely known to be capable.

Thank you most kindly for your due consideration, your patience, and your courtesy.

Yours truly,

Terrell Reid
(754) 251-7560