**[Type the sender name]**

225 Fanshaw F Boca Raton FL 33434
Phone: 754-207-7594

**To whom it may concern,**

I am writing on behalf of my dear friend and colleague, Shanteria Barnes. I have known this woman for over ten years now. I met Shanteria as a coworker, what started off as a working relationship quickly blossomed into a beautiful friendship. Although Shanteria and I come from totally different backgrounds we were able to connect through the simple similarities that we have, which our love for our community and our family. She is such a lover of life and its impossible not to laugh and smile around her she has such a light-hearted spirit.

Shanteria and I continued to deepen our bond throughout the years through many religious activities. We went to church services and attend different activities that they offered. She always made it her mission to lead the outreach programs. She would help cook and feed the homeless. She also collected and contributed hygiene, clothes and other donations that we gathered for the homeless. She has such drive and passion its very admirable. If given the chance Shanteria would give a person the clothes on her back, that's how much of a giving heart she has. She's always the first one to want to help someone in need, whether its physically, monetary, or if they just needed prayer.

I understand that she is being charged with heinous crimes, and all I have to say about that is; that is not the Shanteria Barnes myself and the community have grown to love and appreciate. She is such a great mother to her kids and the kids in the neighborhood. She is an advocate for everything that is good and right in this world. She speaks to the youth about the dangers of guns and violence and teaches them how important it is to keep their education first. I am not saying she is perfect, because the only perfect person that walked this earth died over 2000 years ago, but she is a good person and is deserving of a second chance to return to society and finish the work that God was meant for her to do. I am advocating for this young lady because I know that we all make mistakes and can easily fall victim to the Enemy's tricks and deception. I am asking that the Court please have mercy on my friend, I believe that she is more than deserving of this. Thank you for your time.

With warm regards,

**[Type the sender name]**