Chasteny (illegible)
2830 NW 6th Ct
Pompano Bch FL, 33069

01/13/2022

Dear Judge

I am writting this letter given my dear friend, Shanteria Barnes. I want to bring to your light the kind of person that she is. Dispite the allegations that she has faced in recent time. I have known her for 20 plus years! She was a neighbor that became a friend. She is a very loyal and trustworthy friend. Very true to her words. I am very aware of the charges (①sex trafficking ②sex trafficking) that she is facing and the consequences of thoes but, but looking at the current situation. I believe she will learn from her mistakes. Judge please concider other options, which will serve the purpose for which a sentence is imposed. A option that will leave a future for Shanteria Barnes. She have a family and is

Christina Mast
2830 NW 8 ct
Pomp Bch FL, 33069

A single parent to two kids. They need eachother physically! Community control, probation could include heavy reporting requirments, counselling, community service in multiple ways. I ask the court to consider Shanteria Barnes future while sentencing her. I wholeheartedly believe that good can come from this unfortunate chain of event by salvaging Shanteria Barnes future. Also Allowing her to learn from her mistakes.

P.S.
Not everyone deserves A second chance. Second chances are giving so that you'll learn from your mistakes. And Everyone is entitled to they own mistakes!

Sincerly,
Christina Mast    01/13/2022