UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  CASE NO. 21-60039-CR-SINGHAL(s)

SHANTERIA BARNES,

    Defendant.
_____/

## MOTION FOR A DOWNWARD VARIANCE

    Defendant, SHANTERIA BARNES, by and through her undersigned counsel, pursuant to Title 18 U.S.C. Section 3553(a), respectfully moves this Honorable Court to grant a downward variance from the Sentencing Guidelines range and as grounds for therefore states as follows:

    1.    There are objections to the Presentence Investigation Report (PSR) [DE: 54]. Defendant's position is that the advisory sentencing guidelines are a total offense level of 39 and a criminal history category of II. The guideline imprisonment range is 292 to 365 months imprisonment. This motion/request is for a downward variance from the advisory Sentencing Guidelines which was initially requested with the objections to the PSR [DE: 65].

    2.    In United States v. Booker, 543 U.S. 220, 125 S. Ct. 738, (2005), the Supreme Court held that the Sentencing Guidelines are advisory only, not mandatory. "The district courts, while not bound to apply the Guidelines, must consult those Guidelines and take them into account when sentencing." Id. at 245, 125 S. Ct. at 767.

After this Court calculates the Guidelines range, it may impose a more severe or more lenient sentence as long as the sentence is reasonable. Id. at 245, 125 S. Ct. at 767.

3.  Post Booker, the Section 3553(a) factors must be considered in determining a sentence. In determining the sentence minimally sufficient to comply with the Section 3553(a)(2) purposes of sentencing, the court must consider several factors listed in Section 3553(a). These are (1) "the nature and circumstances of the offense and the history and characteristics of the defendant;" (2) "the kinds of sentence available;" (3) the guidelines and policy statements issued by the Sentencing Commission, including the (now non-mandatory) guideline range; (4) the need to avoid unwarranted sentencing disparity; and (5) the need to provide restitution where applicable. 18 U.S.C. Section 3553 (a)(1), (a)(3), (a)(5)-(7).

4.  Shanteria Barnes is a 31 year old with a history of victimization at the hands of others who used and treated her as an object for their deviant sexual gratification. She has suffered from the time that she was in her mother's wound. She was brought into this world as a crack cocaine baby through no fault of her own. As a minor child, she was qualified for Social Security Disability benefits. Other grounds, are in Dr. Sheila Rapa's Psychological Evaluation which have been submitted to the Court under seal.

5.  Ms. Barnes is truly sorry and very remorseful for her actions.

6. Defendant seeks a downward variance based on her cooperation with the Government which she believes will rise to the level of substantial assistance.

7. Based on the above factors, this Court can give Ms. Barnes a downward variance to a sufficient sentence that is both procedurally and substantively reasonable. This would be a fair and just sentence that achieves the sentencing objectives of Section 3553 (a).

8. Ms. Barnes will provide further detail/explanation in a Sentencing Memorandum.

WHEREFORE, for the foregoing reasons Defendant, SHANTERIA BARNES, respectfully requests that this Honorable Court grant a downward variance from the Sentencing Guidelines range.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this 14th day of February, 2022, on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

MANUEL GONZALEZ, JR., ESQ.
Attorney for Defendant
121 Alhambra Plaza
Suite 1500
Coral Gables, Florida 33134
(305) 444-1400
(305) 938-5009 (FAX)
Mannylaw7@yahoo.com (email)

BY:  /s/Manuel Gonzalez, Jr.
     MANUEL GONZALEZ, JR., ESQ.
     FLORIDA BAR NO. 397997

-4-