UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-CR-60039-AHS

**UNITED STATES OF AMERICA**

vs.

**SHANTERIA BARNES,**

    **Defendant.**

_____/

### JOINT MOTION TO CONTINUE DEFENDANT'S SENTENCING HEARING

The United States of America, by and through undersigned Assistant United States Attorney, hereby files this Joint Motion to Continue Sentencing Hearing, and respectfully moves this Court for an Order continuing the Sentencing Hearing, in the above-referenced matter.

1. On July 6, 2021, the Defendant was charged by way of a Superseding Indictment with one count of conspiracy to commit sex trafficking of a minor, in violation of 18 U.S.C. § 1594(c), and two counts of sex trafficking of a minor, in violation of 18 U.S.C. § 1591 (Count 2) (DE:29).

2. On October 5, 2021, the Defendant pled guilty to conspiracy to commit sex trafficking of a minor, and one count of sex trafficking of a minor (DE:46).

3. The Defendant's sentencing hearing is currently scheduled for March 31, 2022 (DE:64).

4. Based on ongoing cooperation between the Defendant with the United States, the United States would ask for an additional thirty (30) days to ensure it would be in a position to decide whether to make a substantial assistance motion at the time of sentencing.

5.      The undersigned has conferred with counsel for the Defense, Manuel Gonzalez Jr., who joins in this Motion.

                Respectfully submitted,

                JUAN ANTONIO GONZALEZ
                UNITED STATES ATTORNEY

BY:    */S/ Brooke Elise LAtta*
        BROOKE ELISE LATTA
        Assistant United States Attorney
        Florida Bar No. 105315
        500 East Broward Blvd., Suite 700
        Fort Lauderdale, Florida 33394

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.

        */S/ Brooke Elise Latta*
        BROOKE ELISE LATTA
        Assistant United States Attorney