UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,
vs.                                      CASE NO. 21-60039-CR-SINGHAL

SHANTERIA BARNES,

    Defendant.
_____/

## NOTICE TO COURT AS TO STAUS OF OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT

COMES NOW the Defendant, SHANTERIA BARNES, and files this Notice to Court as to Status of Objections to the Presentence Investigation Report, and states as follows:

1. On February 14, 2022, the Defendant, through counsel, filed Objections to Presentence Investigation Report (PSR) and Motion for a Downward Variance [DE: 65]. On March 22, 2022, the Final Presentence Investigation Report and Addendum to the Presentence Report [DE: 79 & 79-1] were filed by the United States Probation Office. Defendant's objections to paragraphs 65 & 74 of the PSR (i.e., a two-level enhancement for the minor victims being in the custody, care or supervisory control of the defendant) remain unresolved. Defendant's objections to paragraphs 67 & 76 (i.e., a two-level enhancement based on the use of a computer or interactive computer service, et al) remain unresolved.

Respectfully submitted,

MANUEL GONZALEZ, JR., ESQ.
121 Alhambra Plaza, Suite 1500
Coral Gables, Florida 33134
(305) 444-1400
(305) 938-5009 (FAX)

BY:  /s/Manuel Gonzalez, Jr.
       MANUEL GONZALEZ, JR., ESQ.
       mannylaw7@yahoo.com (email)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF, this 27th day of June, 2022.

BY:  /s/Manuel Gonzalez, Jr.
       MANUEL GONZALEZ, JR., ESQ.
       FLORIDA BAR NO. 397997

-2-