UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-CR-60039-AHS

**UNITED STATES OF AMERICA**

vs.

**SHANTERIA BARNES,**

 **Defendant.**
_____/

**UNOPPOSED MOTION TO CONTINUE DEFENDANT'S SENTENCING HEARING**

  The United States of America, by and through undersigned Assistant United States Attorney, hereby files this Unopposed Motion to Continue Sentencing Hearing, and respectfully moves this Court for an Order continuing the Sentencing Hearing, in the above-referenced matter.

  1. On July 6, 2021, the Defendant was charged by way of a Superseding Indictment with one count of conspiracy to commit sex trafficking of a minor, in violation of 18 U.S.C. § 1594(c), and two counts of sex trafficking of a minor, in violation of 18 U.S.C. § 1591 (Count 2) (DE:29).

  2. On October 5, 2021, the Defendant pled guilty to conspiracy to commit sex trafficking of a minor, and one count of sex trafficking of a minor (DE:46).

  3. The Defendant's sentencing hearing is currently scheduled for June 30, 2022.

  4. The undesigned Assistant United States Attorney is out of the country for work purposes beginning Monday, June 27, 2022, through Saturday, July 2, 2022, but is otherwise available for sentencing after July 2, 2022.

  5. Accordingly, the undersigned is seeking a brief continuance of the sentencing hearing scheduled for June 30, 2022.

6. The undersigned has conferred with counsel for the Defense, Manuel Gonzalez Jr., who does not oppose this Motion.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY:   /S/ Brooke Elise LAtta
BROOKE ELISE LATTA
Assistant United States Attorney
Florida Bar No. 105315
500 East Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 27, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.

/S/ Brooke Elise Latta
BROOKE ELISE LATTA
Assistant United States Attorney