UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-60039-AHS

UNITED STATES OF AMERICA

vs.

CLEON KIRLEW and
SHANTERIA BARNES,

    **Defendants.**
_____/

### GOVERNMENT'S MOTION TO CANCEL RESTITUTION HEARINGS

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, hereby moves this Honorable Court to enter an order cancelling defendant Cleon Kirlew's restitution hearing scheduled for August 4, 2022, and co-defendant Shanteria Barnes' restitution hearing scheduled for September 22, 2022.

The government is not seeking restitution in the above-captioned case. Accordingly, the government respectfully requests that the Court cancel the scheduled restitution hearings as there is no restitution in this case.

            Respectfully submitted,

            JUAN ANTONIO GONZALEZ
            UNITED STATES ATTORNEY

    By:  ***Brooke Elise Latta***_____
       Brooke Elise Latta
       Assistant United States Attorney
       Florida Bar No. 105315
       500 East Broward Boulevard, Suite 700
       Fort Lauderdale, Florida 33301

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-60039-AHS

UNITED STATES OF AMERICA

vs.

CLEON KIRLEW and
SHANTERIA BARNES,

       **Defendants.**

_____/

### ORDER GRANTING GOVERNMENT'S MOTION TO CANCEL RESTITUTION HEARINGS

THIS CAUSE came before the Court upon Government's Motion to Cancel Restitution Hearings, as the government is not seeking restitution in the above-captioned case. The Court having considered the record, reviewed the motion, and being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Government's Motion to Cancel Restitution Hearings is GRANTED. It shall be reflected that the government is not seeking restitution and the restitution hearings scheduled for August 4, 2022, and September 22, 2022, are now cancelled.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this ____ day of July 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record
U.S. Probation Office