UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-60039-AHS

UNITED STATES OF AMERICA

v.

CLEON KIRLEW and
SHANTERIA BARNES,

    Defendants.
_____/

## UNITED STATES OF AMERICA'S NOTICE TO STRIKE

The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves to strike docket entry 108. The undersigned has subsequently filed an amended motion as docket entry 109, which obviates the need for docket entry 108.

Accordingly, the undersigned seeks to strike docket entry 108 from CM/ECF.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

*/s/ Brooke Elise Latta*
BROOKE ELISE LATTA
Assistant United States Attorney
Florida Bar Number 105315
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
(305) 619-7484
brooke.latta@usdoj.gov

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 2, 2022, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                */s/ Brooke Elise Latta*
                BROOKE ELISE LATTA
                Assistant United States Attorney